# Court of Appeals
# of the State of Georgia

ATLANTA, January 02, 2020

*The Court of Appeals hereby passes the following order:*

**A19A1813. WILSON CARSTAFFIN v. THE STATE.**

Wilson Carstaffin was convicted of multiple offenses, including child molestation, and his convictions were affirmed on appeal. See *Carstaffin v. State*, 323 Ga. App. 354 (753 SE2d 649) (2013). He subsequently filed a motion to modify sentence, which the trial court denied on July 8, 2014. Carstaffin filed a notice of appeal from the July 2014 order on March 3, 2015 ("First Notice of Appeal"). On November 18, 2015, the trial court re-sentenced Carstaffin. He filed a notice of appeal from the re-sentence on December 22, 2015 ("Second Notice of Appeal"). We lack jurisdiction because the notices of appeal were untimely.

A notice of appeal must be filed within 30 days after entry of an appealable order or judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Carstaffin filed his First Notice of Appeal 238 days after the order he was appealing, and he filed his Second Notice of Appeal 34 days after the re-sentence he was appealing. Accordingly, we lack jurisdiction, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* 01/02/2020
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*